ROBERT LOMBARD v. IRA MINTZ.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DEL PETRARCA.

June 15, 1976. Petition for certification denied.

FIRST STATE BANK v.
B. G. BONAVENTURE ENTERPRISES.

June 21, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT WALKER.

July 6, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY WAY.

July 6, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ELINOR P. O'CONNOR.

July 6, 1976. Petition for certification denied. (See 139 *N. J. Super.* 552)